IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NITA EILEEN IRVINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security )<br>Administration, )<br>)<br>Defendant. ) | Case No. CIV-16-917-D |

## **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Jones finds that the Commissioner's decision denying Plaintiff's application for disability insurance benefits should be reversed pursuant to 42 U.S.C. § 405(g). No party has filed a timely objection or requested additional time to object. Upon consideration, the Court finds that the parties have waived further judicial review.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 25] is ADOPTED in its entirety. The Commissioner's decision is reversed, and the case is remanded for further proceedings consistent with the Report and Recommendation. A separate judgment and order of remand shall be entered.

IT IS SO ORDERED this 18th day of July, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE